JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| PARVEEN SHARMA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE DESERT VIEW FACILITY, et al.,<br><br>Respondents. | Case No. 5:26-cv-05158-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus issued on September 17, 2026,

IT IS ADJUDGED that the Petition is GRANTED in part. Respondents shall release Petitioner Parveen Sharma (A# 246-558-205) on the conditions of release in effect immediately before his September 3, 2026 re-detention. All other requests for relief are DENIED. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 24, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge